349

Opinion by Ekwall, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 50747.**—Protests 44788-K/89818, etc., of Judson-Sheldon Corp.; et al. (Chicago, etc.).

Opinion by Ekwall, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50748.**—Protests 78274-K, etc., of Barton & Co., Inc., et al. (New York).

Opinion by Ekwall, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the First Division, December 7, 1945

**No. 50749.**—Protest 66025-K of China Man Way Fur Corp. (New York).

Opinion by Mollison, J. It was stipulated that certain items of the merchandise consist of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302). In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50750.**—Protest 590743-G of Draeger Shipping Co. (New York).

Opinion by Mollison, J. It was stipulated that certain items of the merchandise consist of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302). In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50751.**—Protests 900175-G, etc., of G. H. & I. Jaffe, Inc., et al. (New York).

Opinion by Mollison, J. It was stipulated that certain items of the merchandise consist of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302). In accordance therewith the claim for free entry under paragraph 1681 was sustained.

**No. 50752.**—Protest 446521-G of Draeger Shipping Co. (New York).

Opinion by Mollison, J. It was stipulated that certain items of the merchandise consist of goatskins similar in all material respects to those the subject of *Jacobson and Kupitsky* v. *United States* (T. D. 47950). In accordance therewith the claim at 10 percent under paragraph 1420 was sustained.